## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WISCONSIN

AMY RODENBERG,

                Plaintiff,

vs.                                                Case No.: 13-cv-365

CAROLYN COLVIN,
       Commissioner of Social Security,

                Defendant.

### NOTICE OF APPEAL

      *Notice is hereby given* that Amy Rodenberg, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated August 26, 2014, and the judgment dated August 26, 2014, by Federal District Judge James Peterson which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

      Dated this 25th day of October, 2014.

                                                                       DUNCAN DISABILITY LAW, S.C.
                                                                     Attorneys for the Plaintiff

                                                                     /s/ Dana W. Duncan
                                                                     _____
                                                                     Dana W. Duncan
                                                                     State Bar I.D. No. 01008917
                                                                     3930 8th Street South, Suite 201
                                                                     Wisconsin Rapids, WI 54494
                                                                     (715) 423-4000